**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | |
|---|---|
| IN RE:<br><br>William Robertson and Nancy A Robertson,<br>Debtors.<br><br>NewRez LLC as servicer for U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE1, Asset-Backed Pass-Through Certificates, Series 2006-WFHE1<br><br>Creditor/Movant.<br><br>v.<br><br>Kenneth E. West<br><br>Respondent. | CHAPTER 13<br><br>CASE NO.: 26-14001-pmm<br><br>HEARING: December 1, 2026 at 1:00 PM |

**OBJECTION OF NEWREZ LLC AS SERVICER FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE1, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WFHE1 TO THE CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN**

Movant, NewRez LLC as servicer for U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE1, Asset-Backed Pass-Through Certificates, Series 2006-WFHE1 ("Secured Creditor"), by and through its attorneys Hill Wallack LLP, hereby objects to the confirmation of the Debtors' filed Chapter 13 Plan ("Plan") as follows:

1. Secured Creditor is the holder of a Note and Mortgage on real property owned by William Robertson and Nancy A Robertson ("Debtors") at 81 Ironwood Rd, Levittown, Pennsylvania 19057 (the "Property").

2. As of September 23, 2026, the date that the instant bankruptcy was filed, the arrearage amount was approximately $21,440.91, which will be further evidenced on the Proof of Claim filed prior to the Bar Date.

3. Debtors' Plan fails to adequately provide for the claim of Secured Creditor. Debtors states in the Plan that the pre-petition arrears owed to Creditor total approximately $18,075.00. Pursuant to 11 U.S.C. sections 1325(a)(5)(B)(ii) and 1325(a)(6), because the plan does not fully provide for the pre-petition arrears owed to Secured Creditor, the plan must not be confirmed. Debtors' plan fails to satisfy 11 U.S.C. §1325(a)(1) and fails to satisfy 11 U.S.C. §1325(a)(5)(B), which requires full payment of an allowed secured claim.

4. As a result of the foregoing, the Debtors' Chapter 13 Plan is not confirmable as the Plan fails to provide for the full claim of Secured Creditor. As such, Secured Creditorobjects to the confirmation of the Debtors' Chapter 13 Plan.

For the foregoing reasons, Secured Creditor respectfully suggests that the Debtor cannot confirm their Chapter 13 Plan as proposed, and Confirmation should be denied.

Respectfully submitted,

/s/Aleksandra K. Fugate
Aleksandra K. Fugate, Esq.
Hill Wallack LLP
261 Madison Ave, 9th Floor, Suite 940
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| IN RE:<br><br>William Robertson and Nancy A Robertson,<br>Debtors.<br><br>NewRez LLC as servicer for U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE1, Asset-Backed Pass-Through Certificates, Series 2006-WFHE1<br><br>Creditor/Movant.<br><br>v.<br><br>Kenneth E. West<br><br>Respondent. | CHAPTER 13<br><br>CASE NO.: 26-14001-pmm<br><br>HEARING: December 1, 2026 at 1:00 PM |

**ORDER**

**AND NOW,** this ______ day of _______, 2026, upon consideration of the Debtors' Chapter 13 Plan, and the objection of NewRez LLC as servicer for U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE1, Asset-Backed Pass-Through Certificates, Series 2006-WFHE1, and after hearing, it is hereby: **ORDERED** that confirmation of the Debtors' Chapter 13 Plan is denied.

**BY THE COURT:**

______________________________
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**

William Robertson
81 Ironwood Road
Levittown, PA 19057
**Debtor**
**VIA REGULAR MAIL**

Nancy A Robertson
81 Ironwood Road
Levittown, PA 19057
**Debtor**
**VIA REGULAR MAIL**

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
**Counsel to Debtors**
**VIA ECF**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Chapter 13 Trustee**
**VIA ECF**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**U.S. Trustee**
**VIA ECF**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| IN RE:<br><br>William Robertson and Nancy A Robertson,<br>Debtors.<br><br>NewRez LLC as servicer for U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE1, Asset-Backed Pass-Through Certificates, Series 2006-WFHE1<br><br>Creditor/Movant.<br><br>v.<br><br>Kenneth E. West<br><br>Respondent. | CHAPTER 13<br><br>CASE NO.: 26-14001-pmm<br><br>HEARING: December 1, 2026 at 1:00 PM |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF THE DEBTOR'S FILED CHAPTER 13 PLAN**

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Objection to Confirmation of the Debtor's Chapter 13 Plan, on the parties below via First-Class Mail and Electronic Notification on November 13, 2026.

William Robertson
81 Ironwood Road
Levittown, PA 19057
**Debtor**
**VIA REGULAR MAIL**

Nancy A Robertson
81 Ironwood Road
Levittown, PA 19057
**Debtor**
**VIA REGULAR MAIL**

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
**Counsel to Debtors**
**VIA ECF**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Chapter 13 Trustee**
**VIA ECF**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**U.S. Trustee**
**VIA ECF**

Respectfully submitted,

/s/Tolga Beyaz